UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X

ESSEX INSURANCE COMPANY,

        Plaintiff,

    -against-

BRUCE HELANDER, RON PARKER, PARKER
AND PARKER CONSULTING; and CHUBB GROUP OF
INSURANCE COMPANIES d/b/a VIGILANT
INSURANCE COMPANY

        Defendants.

----------------------------------------------------------------- X

CIV. No. '08CIV 6931

## STATEMENT PURSUANT TO F.R.C.P. RULE 7.1

PURSUANT TO RULE 7.1 [FORMERLY LOCAL CIVIL RULE 1.9] OF THE

F.R.C.P., AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO

EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED

COUNSEL FOR PLAINTIFF ESSEX INSURANCE COMPANY CERTIFIES THAT ALL

OUTSTANDING CAPITAL STOCK OF ESSEX INSURANCE COMPANY IS OWNED BY

MARKEL CORPORATION, A PUBLICLY TRADED HOLDING COMPANY.

Steven J. Fried, Esq. (SJF3637)
CLAUSEN MILLER P.C.
One Chase Manhattan Plaza
New York, NY 10005
(212) 805-3900
Attorneys for Plaintiff
ESSEX INSURANCE COMPANY

243135.1