UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

ESSEX INSURANCE COMPANY,

                    Plaintiff,

CIV. No. 08 Civ.6931

-against-

BRUCE HELANDER, RON PARKER, PARKER
AND PARKER CONSULTING; and CHUBB GROUP OF
INSURANCE COMPANIES d/b/a VIGILANT
INSURANCE COMPANY

                    Defendants.

---------------------------------------------------------------- X

### AFFIDAVIT OF SERVICE VIA FEDERAL EXPRESS

    JENNIFER EHRHARDT, being duly sworn, deposes and says that I am not a party herein, I am over eighteen years of age; that I reside in Staten Island, New York, that I am an employee of CLAUSEN MILLER P.C., One Chase Manhattan, New York, New York 10005, attorneys for Plaintiff, **ESSEX INSURANCE COMPANY,** that on the 18th day of August, 2008 I served the within **Summons and Complaint** via Federal Express, addressed to the following person at the last known address set forth after each name:

TO:    Bruce Helander
          1201 Flordia Avenue
          West Palm Beach, FL 33401

          Ron Parker
          90 9th Street
          Milford, PA 18337

          Parker and Parker Consulting
          90 9th Street
          Milford, PA 18337

          Chubb Group/Vigilant Insurance
          333 Earle Ovington Blvd, Suite 2800
          Uniondale, NY 11553-3644

                                                  */s/ Jennifer Ehrhardt*
                                                  JENNIFER EHRHARDT

Sworn to before me this
18th day of Complaint, 2008

_____
NOTARY PUBLIC

                                  VIRGINIA M. DELUCA
                                Notary Public, State of New York
                                  No. 02DE6122357
                                Qualified in Kings County
                                Commission Expires Feb. 7, 2009

244062.1